[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.]
JOINT LIST OF DISPUTED ISSUES
Pursuant to the Court's Order dated October 23, 1996, the CT Page 694-IIII Plaintiff, City of New Haven Water Pollution Control Authority ("WPCA") and the Town of Hamden ("Hamden") hereby submit to the Court their joint list of disputed issues:
 1. Are Hamden's claims based on fiscal year 1983-1984 and 1984-1985 as alleged in Count 2, paragraph 6 of its Counterclaim time-barred by the applicable statute of limitation?
 2. Is section 405 of the contract between the parties a condition precedent and was it performed?
 3. Whether Hamden is entitled to a credit for "sludge ticket revenue" in the amounts set forth and for the years set forth on the attached stipulations?
 4. Whether Hamden is entitled to a credit for interest earned in the amounts set forth and for the years set forth on the attached stipulations?
 5. Should Hamden be properly charged for legal fees in the amounts set forth and for the years set forth on the attached stipulations?
 6. Should Hamden be properly charged for a portion of reimbursement to CONH in the amounts set forth and for the years CT Page 694-JJJJ set forth on the attached stipulations?
 7. Should Hamden be properly charged for accounting expenses in the amounts set forth and for the years set forth on the attached stipulations?
 8. Should Hamden be properly charged bad debt expenses in the amounts set forth and for the years set forth on the attached stipulations?
 9. Should Hamden be properly charged for placement reserves in the amounts set forth and for the years set forth on the attached stipulations?
 10. Should Hamden be properly charged for the fixed asset study in the amounts set forth and for the years set forth on the attached stipulations?
 11. Should Hamden be entitled to a credit for settlement funds relating to the Zimpro action in the amounts set forth and for the years set forth on the attached stipulations?
 12. Should Hamden be properly charged for collection and pumping expenses in the amounts set forth and for the years set forth on the attached stipulations? CT Page 694-KKKK
 13. Should Hamden be properly charged for billing and customer expenses in the amounts set forth and for the years set forth on the attached stipulations?
 14. Should Hamden be properly charged for the "Tweed/New Haven" expense in the amounts set forth and for the years set forth on the attached stipulations?
 15. Should Hamden be properly charged for capitol projects funded from the "CDM litigation proceeds" in the amounts set forth and for the years set forth on the attached stipulations?
 16. Should Hamden be properly charged for a share of the so-called "Zimpro in-kind" settlement services?
17. Is New Haven entitled to recovery in quantum meruit?
PLAINTIFF: DEFENDANT: CITY OF NEW HAVEN TOWN OF HAMDEN WATER POLLUTION CONTROL AUTHORITY
By: _______________________ By: ________________________ David E. Rosengren, Esq. David M. Reilly, Esq. CT Page 694-LLLL Pepe Hazard, LLP Reilly Reilly Goodwin Square 129 Church Street Hartford, CT 06103-4302 P.O. Box 1533 Tel. No. (860) 522-5175 New Haven, CT 06506-1533 FAX: (860) 522-2796 Tel. No. (203) 777-3990 Juris No. 101812 FAX: (203) 495-6166
CERTIFICATION
I hereby certify that a copy of the foregoing was mailed postage pre-paid to all counsel and pro se parties of record on this 18th day of February, 1997 as follows:
Counsel for the Town of Hamden
David M. Reilly, Esq. Reilly Reilly 129 Church Street P.O. Box 1533 New Haven, CT 06506-1533
Counsel for The City of New Haven
Atty. Patricia A. Cofrancesco Deputy Corporation Counsel CT Page 694-MMMM City of New Haven Office of Corporation Counsel 165 Church Street New Haven, CT 06510
David E. Rosengren
 FISCAL YEAR 1983-84
(July 1, 1983 — June 30, 1984)
Basis of Billing Before Claims $1,301,927
Paid for Fiscal Year 1983-84 $1,301,927
Total Owing Before Claims $0
HAMDEN'S CLAIMS
 % Hamden Claim Description Proration = Cost x Flow Rate = Amount ----------- --------- ---- --------- ------ 1. Sludge 87.31% $8,683 22.1% ($1,919) $0 Ticket ------ Revenue CT Page 694-NNNN ($9,945)
2. Interest Earned
 On Customer 87.31% $347,823 22.1% ($76,865) $0 Receivables ------ ($398,387)
3. Legal Fees Charged to Hamden
 Zimpro $35,198 22.1% ($7,779) $0 ------
 CDM $40,700 22.1% ($8,995) $0 ------
4. Portion of 12.69% $31,909 22.1% ($7,052) $0 Reimbursement ------ to CONH ($251,358)
5. Accounting $14,767 22.1% ($3,264) $0 CT Page 694-OOOO Expenses ------
6. Amortization $41,632 22.1% ($9,201) $0 ------
7. Credit from ($10,881) $0 prior year ------ 1982-83
 Total Hamden Claims Approved ($0) ------
 Amount Due WPCA (HAMDEN) $0 ======
 FISCAL YEAR 1984-85
(July 1, 1984 — June 30, 1985)
Basis of Billing Before Claims $1,462,831
Paid for Fiscal Year 1984-85 $1,462,831
Total Owing Before Claims $0 CT Page 694-PPPP
HAMDEN'S CLAIMS
 % Hamden Claim Description Proration = Cost x Flow Rate = Amount ----------- --------- ---- --------- ------ 8. Sludge Ticket 92% $31,068 18% ($5,592) $0 Revenue ------ ($33,770)
9. Interest Earned
 On Customer 92% $472,000 18% ($84,962) $0 Receivables ------ ($513,043)
10. Portion of 8% $23,026 18% ($4,145) $0 Reimbursement ------ to CONH ($287,908)
11. Accounting $41,408 18% ($7,453) $0 Expenses ------
Total Hamden Claims Approved ($0) CT Page 694-QQQQ ------
WPCA'S CLAIMS
 % Hamden Claim Description Proration = Cost x Flow Rate = Amount ----------- --------- ---- --------- ------ 1. Legal Fees Not Charged to Hamden
 Zimpro $122,735 18% $22,092 $22,092 -------
 CDM $122,569 18% $22,062 $22,062 -------
2. Operations $307,691 18% $55,384 $0 Expenses -------
 Total WPCA Claims Approved $44,154 -------
 Amount Due WPCA $44,154 ======= CT Page 694-RRRR
 FISCAL YEAR 1985-86
(July 1, 1985 — June 30, 1986)
Basis of Billing Before Claims $1,466,345
Paid for Fiscal Year 1985-86 $1,397,387
Total Owing Before Claims $68,958
HAMDEN'S CLAIMS
 % Hamden Claim Description Proration = Cost x Flow Rate = Amount ----------- --------- ---- --------- ------ 12. Sludge Ticket 88.75% $51,067 18.5% ($9,447) $(9,447) Revenue --------- ($57,540)
13. Interest Earned
 On Customer 88.75% $378,725 18.5% ($70,064) $0 Receivables --------- CT Page 694-SSSS ($426,733)
14. Billing and $240,805 18.5% ($44,549) $(44,549) Customer --------- Service
15. Legal Fees Charged to Hamden
 Zimpro $235,497 18.5% ($43,567) $0 ---------
 CDM $197,897 18.5% ($36,611) $0 ---------
16. Portion of 11.25% $23,972 18.5% ($4,435) $0 Reimbursement --------- to CONH ($213,000)
17. Accounting $113,967 18.5% ($21,084) $0 Expenses ---------
Total Hamden Claims Approved ($53,996) CT Page 694-TTTT --------- Amount Due WPCA $14,962 =========
 FISCAL YEAR 1986-87
(July 1, 1986 — June 30, 1987)
Basis of Billing Before Claims $1,685,354
Paid for Fiscal Year 1986-87 $1,480,612
Total Owing Before Claims $204,742
HAMDEN'S CLAIMS
 % Hamden Claim Description Proration = Cost x Flow Rate = Amount ----------- --------- ---- --------- ------ 18. Sludge Ticket 89.94% $44,871 18.5% ($8,301) $(8,301) Revenue --------- ($49,890)
19. Interest Earned CT Page 694-UUUU
 On Customer 89.94% $341,962 18.5% ($63,263) $0 Receivables --------- ($380,212)
20. Collection ($68,180) 18.5% $12,613 $(10,113) and Pumping ---------
21. Billing and $202,531 18.5% ($37,468) $(37,468) Customer --------- Service
22. Bad Debt
 Attributable $600,563 18.5% $(11,177) to New x 10.06 = 60,416 x 18.5 (11,177) --------- Haven Customers
23. Portion of 10.06% $26,423 18.5% ($4,888) $0 Reimbursement --------- to CONH ($281,602)
24. Accounting $76,544 18.5% ($14,161) $0 CT Page 694-VVVV Expenses ---------
 Total Hamden Claims Approved ($67,059) ---------
 WPCA'S CLAIMS
 % Hamden Claim Description Proration = Cost x Flow Rate = Amount ----------- --------- ---- --------- ------ 3. Legal Fees Not Charged to Hamden
 A. Zimpro $971,602 18.5% $179,746 $179,746 --------
 B. Enforcement $28,375 18.5% $5,249 $5,249 --------
 C. CDM $256,984 18.5% $47,542 $47,542 --------
 Total WPCA Claims Approved $232,537 -------- CT Page 694-WWWW
 Amount Due WPCA $370,220 ========
 FISCAL YEAR 1987-88
(July 1, 1987 — June 30, 1988)
Basis of Billing Before Claims $1,825,630
Paid for Fiscal Year 1987-88 $1,579,000
Total Owing Before Claims $246,630
HAMDEN'S CLAIMS
 % Hamden Claim Description Proration = Cost x Flow Rate = Amount ----------- --------- ---- --------- ------ 25. Sludge Ticket 88.75% $45,227 18.5% ($8,367) $(8,367) Revenue --------- ($50,960)
26. Interest Earned CT Page 694-XXXX
 On Customer 88.75% $320,583 18.5% ($59,308) $0 Receivables --------- ($361,220)
27. Bad Debt
 Attributable 10.06 x ($266,348) 18.5% (4,957) $(4,957) to New = 26,794 x --------- Haven Customers
28. Legal Fees Charged to Hamden
 A. Zimpro $138,138 18.5% ($25,556) $0 ---------
 b. Enforcement $122,564 18.5% ($22,674) $0 ---------
 c. East St. $23,489 18.5% ($4,345) $0 Enf. ---------
 d. CDM $256,775 18.5% ($47,503) $0 --------- CT Page 694-YYYY
29. Portion of 10.06% $30,364 18.5% ($5,617) $0 Reimbursement --------- to CONH ($261,722)
30. Accounting $45,425 18.5% ($8,404) $0 Expenses ---------
31. Replacement $50,000 22.1%[1] ($11,050) $0 Reserve --------- Account
 Total Hamden Claims Approved ($13,324) ---------
 WPCA's CLAIMS
 Hamden Claim Description Cost Flow Rate Amount ----------- ---- --------- ------ 4. Penalties $180,000 18% ($33,300) $33,300 -------
Amount Due WPCA $266,606 CT Page 694-ZZZZ ========
FISCAL YEAR 1988-89
(July 1, 1988 — June 30, 1989)
Basis of Billing Before Claims $1,929,961
Paid for Fiscal Year 1988-89 $1,579,000
Total Owing Before Claims $350,961
HAMDEN'S CLAIMS
 % Hamden Claim Description Proration = Cost x Flow Rate = Amount ----------- --------- ---- --------- ------ 32. Sludge Ticket 90.12% $46,565 18.5% ($8,614) $(8,614) Revenue --------- ($51,670)
33. Interest Earned CT Page 694-AAAAA
 (a) On Customer 90.12% $226,541 18.5% ($41,914) $0 Receivables --------- ($251,411)
 (b) On 90.12% $6,022 18.5% ($1,114) $0 Replacement --------- Reserve ($6,682)
34. Bad Debt
 Attributable 9.88 ($254,424) 18.5% $47,068 $(4,650) to New Haven = 25,137 (4,650) --------- Customers
35. Legal Fees Charged to Hamden
 a. Zimpro $59,862 18.5% ($11,074) $0 ---------
 b. Enforcement $59,792 18.5% ($11,062) $0 --------- CT Page 694-BBBBB
 c. Union $13,454 18.5% ($2,490) $(2,490) Street ---------
 d. CDM $58,766 18.5% ($10,872) $0 ---------
36. Fixed Assets $88,719 18.5% ($16,413) $0 Study ---------
37. Zimpro Action $100,000 18.5% ($18,500)[1] $(18,500) Receipts ---------
38. Portion of 9.88% $34,694 18.5% ($6,418) $0 Reimbursement --------- to CONH ($341,362)
39. Penalties $150,000 18.5% ($27,750) $0 ---------
40. Accounting $189,492 18.5% ($35,056) $0 Expenses ---------
41. Replacement $50,000 22.1%[2] ($11,050) $0 CT Page 694-CCCCC Reserve --------- Account
 Total Hamden Claims Approved ($34,254) ---------
 Amount Due WPCA $316,707 =========
FISCAL YEAR 1989-90
(July 1, 1989 — June 30, 1990)
Basis of Billing Before Claims $2,676,071
Paid for Fiscal Year 1989-90 $1,750,000
Total Owing Before Claims $926,071
HAMDEN'S CLAIMS
% Hamden Claim CT Page 694-DDDDD Description Proration = Cost x Flow Rate = Amount ----------- --------- ---- --------- ------ 42. Sludge Ticket 90.2% $56,515 18.5% ($10,455) $(10,455) Revenue ---------- ($62,655)
43. Interest Earned
 a. On Customer 90.2% $285,786 18.5% ($52,868) $0 Receivables ---------- ($316,836)
 b. On 90.2% $16,003 18.5% ($2,961) $0 Replacement ---------- Reserves ($17,742)
 c. On CDM 90.2% $137,275 18.5% ($25,395)[2] $(25,395) Proceeds ---------- ($152,190)
44. Collection $415,837 18.5% ($76,930) $(76,930) and Pumping ----------
45. Billing and $583,942 18.5% ($108,029) $(108,029) CT Page 694-EEEEE Customer ---------- Service
46. Bad Debt
 a. Attributable to $200,000 18.5% ($37,000) $0 Hamden ---------- Receivables
 b. Attributable 9.8% $1,668,165 18.5% ($308,611) $(30,244) to New x = 163,480 x (30,244) ---------- Haven Customers
47. Legal Fees Charged to Hamden
 a. Zimpro $6,745 18.5% ($1,246) $0 ----------
 b. Enforcement $1,773 18.5% ($328) $0 ----------
c. CDM $1,300 18.5% ($241) $0 CT Page 694-FFFFF ----------
 d. General 9.8% $359 18.5% ($66) $0 ($3,661) ----------
48. Fixed Asset $10,948 18.5% ($2,025) $0 Study ----------
49. Zimpro $150,000 18.5% ($27,755)[2] $(27,755) Action ----------
50. Portion of 9.8% $14,085 18.5% ($2,606) $0 Reimbursement ---------- to CONH ($169,937)
51. Tweed New $225,000 18.5% ($41,625) $(41,625) Haven ----------
52. Accounting $103,465 18.5% ($19,141) $0 Expenses ----------
53. Penalties $11,000 18.5% ($2,035) $0 ----------
54. Replacement ($6,200) 22.1%[1] $1,370 $0 CT Page 694-GGGGG ----------
 Reserve $50,000 22.1%[1] ($11,050) $0 Account ----------
 Total Hamden Claims Approved ($320,433) ----------
 Amount Due WPCA $605,638 ==========
FISCAL YEAR 1990-91
(July 1, 1990 — June 30, 1991)
Basis of Billing Before Claims $3,071,863
Paid for Fiscal Year 1990-91 $2,000,000
Total Owing Before Claims $1,071,863
HAMDEN'S CLAIMS
CT Page 694-HHHHH
 % Hamden Claim Description Proration = Cost x Flow Rate = Amount ----------- --------- ---- --------- ------ 55. Sludge 91.10% $72,151 18.5% ($13,348) $(13,348) Ticket ---------- Revenue ($79,200)
56. Interest Earned
 (a) On 91.10% $80,940 18.5% ($14,974) $0 Customer ---------- Receivables ($88,847)
 (b) On 91.10% $20,467 18.5% ($3,790) $0 Replacement ---------- Reserves ($22,467)
 (c) On CDM 91.10% $196,479 18.5% ($36,349) $(36,349) Proceeds ---------- ($215,674) CT Page 694-IIIII
57. Collection $409,183 18.5% ($75,699) $(75,699) and Pumping ----------
58. Billing and $639,086 18.5% ($118,231) $(118,231) Customer ---------- Service
59. Bad Debt
 (a) Attributable $1,932,491 18.5% ($357,511) $0 to Hamden ---------- Receivables
 (b) Attributable 8.90 ($36,113) 18.5% $6,681 $(595) to New x 3,214 x (595) ---------- Haven Customers
60. Legal Fees Charged to Hamden
 (a) Zimpro $1,545 18.5% ($286) $0 ---------- CT Page 694-JJJJJ (b) Enforcement $263 18.5% ($49) $0 ----------
 (c) Hamden $4,815 18.5% ($891) $0 ----------
61. Zimpro $150,000 18.5% ($27,750)[2] $(27,750) Action ---------- Receipts
62. Portion of 8.90% $7,280 18.5% ($1,347) $0 Reimbursement ---------- to CONH ($94,942)
63. Accounting $31,000 18.5% ($5,735) $0 Expenses ----------
64. Replacement $300,000 22.1%[1] ($66,300) $0 Reserve ---------- Account
 Total Hamden Claims Approved ($271,972) ----------
Amount Due WPCA $799,891 CT Page 694-KKKKK ==========
FISCAL YEAR 1991-92
(July 1, 1991 — June 30, 1992)
Basis of Billing Before Claims $3,119,125
Paid for Fiscal Year 1991-92 $2,400,000
Total Owing Before Claim $719,125
HAMDEN'S CLAIMS
 % Hamden Claim Description Proration = Cost x Flow Rate = Amount ----------- --------- ---- --------- ------ 65. Sludge 89.09% $63,510 18.55% ($11,749) $(11,749) Ticket ---------- Revenue ($71,288) CT Page 694-LLLLL
66. Interest Earned
 (a) On 89.09% $48,886 18.55% ($9,044) $0 Customer ---------- Receivables ($54,873)
 (b) On 89.09% $18,175 18.55% ($3,371) $0 Replacement ---------- Reserves ($20,401)
 (c) On CDM 89.09% $127,382 18.55% ($23,566) $(23,566) Proceeds ---------- ($142,981)
67. Collection $609,565 18.55% ($113,074) $(113,074) and Pumping ----------
68. Billing and $685,022 18.55% ($127,072) $(127,072) Customer ---------- Service
69. Bad Debt CT Page 694-MMMMM
 (a) Attributable $1,238,122 18.55% ($229,672) $0 to Hamden ---------- Receivables
 (b) Attributable 10.91 $983,115 18.55% ($182,368) $(19,896) to New 107,258 (19,896) ---------- Haven Customers
70. Legal Fees Charged to Hamden
 (a) Zimpro $795 18.55% ($147) $0 ----------
 (b) Enforcement $7 18.55% ($1) $0 ----------
 (c) General 10.91% $4,062 18.55% ($754) $0 ($37,235) ----------
 (d) Hamden $14,711 18.55% ($2,729) $0 ---------- CT Page 694-NNNNN
 (e) Castillo $2,146 18.55% ($398) $(398) ----------
 (f) General 10.91% $703 18.55% ($130) $0 Labor ---------- ($6,444)
 (g) Portion $14,755 18.55% ($2,737) $0 of ---------- Reimbursement to CONH ($160,401)
71. Accounting $56,118 18.55% ($10,400) $0 Expenses ----------
72. Replacement ($198,401) 22.1%[1] $43,847 $0 ---------- Reserve $200,000 22.1% ($44,200) $0 Account ----------
 Total Hamden Claim s Approved ($295,755) ----------
 WPCA'S CLAIMS
CT Page 694-OOOOO
 % Hamden Claim Description Proration = Cost x Flow Rate = Amount ----------- --------- ---- --------- ------ 5. Capital $286,452 22.1%[1] $63,306 Projects Funded From CDM Proceeds
 Total WPCA Claims Approved $0 ---------
 Amount Due WPCA $423,370 =========
FISCAL YEAR 1992-93
(July 1, 1992 — June 30, 1993)
Basis of Billing Before Claims $3,907,580
Paid for Fiscal Year 1992-93 $2,400,000 CT Page 694-PPPPP
Total Owing Before Claim $1,507,580
HAMDEN'S CLAIMS
 % Hamden Claim Description Proration = Cost x Flow Rate = Amount ----------- --------- ---- --------- ------ 73. Sludge 89.36% $72,022 21.14% ($15,226) $(15,266) Ticket ---------- Revenue ($80,598)
74. Interest Earned
 (a) On 89.36% $9,526 21.14% ($2,014) $0 Customer ---------- Receivables ($10,660)
 (b) On 89.36% $13,481 21.14% ($2,846) $0 Replacement ---------- Reserves ($15,066) CT Page 694-QQQQQ
 (c) On CDM 89.36% $59,621 21.14% ($12,604) $(12,604) Proceeds ---------- ($66,720)
75. Collection $537,036 21.14% ($113,529) $(113,529) and Pumping ----------
76. Billing and $743,284 21.14% ($157,130) $(157,130) Customer ---------- Service
77. Bad Debt
 (a) Attributable $3,283,072 21.14% ($694,041) $0 to Hamden ---------- Receivables
 (b) Attributable 10.64 $380,645 21.14% (8,530) $(8,530) to Hamden = 40,348 x ---------- Customers
78. Legal Fees Charged to Hamden CT Page 694-RRRRR
 (a) General 10.64% $2,635 21.14% ($557) $0 ($24,764) ----------
 (b) Hamden $8,261 21.14% ($1,746) $0 ----------
 (c) Castillo $50 21.14% ($11) $(11) ----------
 (d) General 10.64% $2,021 21.14% ($427) $0 Labor ---------- ($18,992)
 (e) withdrawn $0 ----------
 (f) Josephine $2,434 21.14% ($514) $(514) ----------
 (g) East Haven $602 21.14% ($127) $0 ----------
 (h) CFE $16,176 21.14% ($3,420) $0 ---------- CT Page 694-SSSSS
 (i) Intermunicipal $39 21.14% ($8) $0 Agreements ----------
 (j) withdrawn $0 ----------
79. Portion of 10.64% $19,752 21.14% ($4,176) $0 Reimbursement ---------- to CONH ($242,110)
80. Accounting $40,083 22.14% ($8,474) $0 Expenses ----------
81. Miscellaneous $648,760 21.14% ($137,149) $0 (CDM funds ---------- expenditure)
82. Replacement $400,000 22.1%[1] ($88,400) $0 Reserve ---------- Account
 Total Hamden Claims Approved ($307,544) ---------- CT Page 694-TTTTT
 WPCA'S CLAIMS
 % Hamden Claim Description Proration = Cost x Flow Rate = Amount ----------- --------- ---- --------- ------ 6. Capital $1,308,219 22.1%[1] $289,116 $0 Projects ---------- Funded From CDM Proceeds
7. withdrawn $0 ----------
8. Zimpro Costs $729,946 22.1%[1] $161,318 $0 and Services ----------
Total WPCA Claims Approved
 Amount Due WPCA $1,200,036 ==========
FISCAL YEARCT Page 694-UUUUU 1993-94
(July 1, 1993 — June 30, 1994)
Basis of Billing Before Claims $3,077,586
Paid for Fiscal Year 1993-94 $2,400,000
Total Owing Before Claim $677,586
HAMDEN'S CLAIMS
 % Hamden Claim Description Proration = Cost x Flow Rate = Amount ----------- --------- ---- --------- ------ 83. Sludge 88.44% $67,924 21.88% ($14,862) $(14,862) Ticket ---------- Revenue
84. Interest Earned
 (a) On 88.44% $35,603 21.88% ($7,790) $0 Customer ---------- Receivables ($40,257) CT Page 694-VVVVV
 (b) On 88.44% $21,542 21.88% ($4,714) $0 Replacement ---------- Reserves ($24,358)
 (c) On CDM 88.44% $42,176 21.88% ($9,229) $(9,229) Proceeds ---------- ($47,689)
85. Collection $450,841 21.88% ($98,644) $(98,644) and Pumping ----------
86. Billing and $853,772 21.88% ($186,805) $(186,805) Customer ---------- Service
87. Bad Debt
 (a) Attributable $341,033 21.88% ($74,618) $0 to Hamden ---------- Receivables
 (b) Attributable 11.56 x $208,457 21.88% (5,273) $(5,273) to New = 24,098 x ---------- CT Page 694-WWWWW Haven Customers
88. Legal Fees Charged to Hamden
 (a) Zimpro $3,355 21.88% ($734) $0 ----------
 (b) General 11.56% $1,002 21.88% ($219) $0 ($8,669) ----------
 (c) Hamden $40,984 21.88% ($8,967) $0 ----------
 (d) Castillo $126 21.88% ($28) $(28) ----------
 (e) General 11.56% $1,011 21.88% ($221) $0 Labor ----------
 (f) Josephine $728 21.88% ($159) $(159) Langello ---------- CT Page 694-XXXXX
 (g) East $252 21.88% ($55) $0 Haven ----------
 (h) Intermunicipal $938 21.88% ($205) $0 Agreements ----------
89. Portion of 11.56% $11,020 21.88% ($2,411) $0 Reimbursement ---------- to CONH ($100,000)
90. Accounting $94,049 21.88% ($20,578) $0 Expenses ----------
91. Replacement $400,000 22.1%[1] ($88,400) $0 Reserve ---------- Account
 Total Hamden Claims Approved ($315,000) ----------
 WPCA'S CLAIMS
% Hamden Claim CT Page 694-YYYYY Description Proration = Cost x Flow Rate = Amount ----------- --------- ---- --------- ------ 9. Capital $150,249 22.1%[1] $33,205 $0 Projects ---------- Funded From CDM Proceeds
 Total WPCA Claims Approved $0 ----------
 Amount Due WPCA $362,586 ==========
FISCAL YEAR 1994-95
(July 1, 1994 — June 30, 1995)
Basis of Billing Before Claims $3,272,931
Paid for Fiscal Year 1994-95 $2,400,000
Total Owing Before Claim $872,931
HAMDEN'S CLAIMS
CT Page 694-ZZZZZ
 % Hamden Claim Description Proration = Cost x Flow Rate = Amount ----------- --------- ---- --------- ------ 92. Sludge 86.50% $90,223 20.94% ($18,893) $(18,893) Ticket ---------- Revenue ($104,304)
93. Interest Earned
 (a) On 86.50% $173,171 20.94% ($36,263) $0 Customer ---------- Receivables ($200,198)
 (b) On 86.50% $75,881 20.94% ($15,890) $0 Replacement ---------- Reserves ($87,724)
 (c) On CDM 86.50% $79,501 ($16,648) $(16,648) Proceeds ---------- ($91,909) CT Page 694-AAAAAA
94. Collection $644,718 20.94% ($135,004) $(135,004) and Pumping ----------
95. Billing and $793,280 20.94% ($166,113) $(166,113) Customer ---------- Service
96. Bad Debt
 (a) Attributable $781,082 20.94% ($163,559) $0 to Hamden ---------- Receivables
 (b) Attributable $871,540 20.94% ($182,500) $0 to Other ---------- Interlocals
 (c) Attributable 13.5 x $454,044 20.94% (12,835) $(12,835) to New = 61,296 x ---------- Haven Customers
97. Legal Fees Charged to CT Page 694-BBBBBB Hamden
 (a) Zimpro $11,279 20.94% ($2,362) $0 ----------
 (b) General 13.5% $1,918 20.94% ($402) $0 ($14,211) ----------
 (c) Hamden $41,621 20.94% ($8,715) $0 ----------
 (d) Castillo $756 20.94% ($158) $(158) ----------
98. Portion of 13.5% ($11,548) 20.94% $2,418 $0 Reimbursement ---------- to CONH ($102,460)
99. Accounting $130,266 20.94% ($27,276) $0 Expenses ----------
100. Replacement ($11,000) 22.10%[1] $2,431 $0 ---------- CT Page 694-CCCCCC
 Reserve $1,000,000 22.10%[1] ($221,000) $0 Account ----------
 Total Hamden Claims Approved ($349,651) ----------
 WPCA'S CLAIMS
 % Hamden Claim Description Proration = Cost x Flow Rate = Amount ----------- --------- ---- --------- ------ 10. Capital $168,096 22.10%[1] $37,149 $0 Projects ---------- Funded From CDM Proceeds
 Total WPCA Claims Approved $0 ----------
 Amount Due WPCA $523,280 ==========
FISCAL YEARCT Page 694-DDDDDD 1995-96
(July 1, 1995 — June 30, 1996)
Basis of Billing Before Claims $3,860,730
Paid for Fiscal Year 1995-96 $2,400,000
Total Owing Before Claim $1,460,730
HAMDEN'S CLAIMS
 % Hamden Claim Description Proration = Cost x Flow Rate = Amount ----------- --------- ---- --------- ------ 101. Sludge 84.68% $67,309 24% ($16,154) $(16,154) Ticket ---------- Revenue ($79,487)
102. Interest Earned
 (a) On 84.68% $230,405 24% ($55,296) $0 Customer ---------- Receivables CT Page 694-EEEEEE ($272,090)
 (b) On 84.68% $115,444 24% ($27,509) $0 Replacement ---------- Reserves ($136,330)
 (c) On CDM 84.68% $51,525 24% ($12,366) $(12,366) Proceeds ---------- ($60,847)
103. Collection $910,835 24% ($218,600) $(218,600) and Pumping ----------
104. Billing $899,886 24% ($215,973) $(215,973) and Customer ---------- Service
105. Bad Debt
 (a) Attributable $1,414,392 24% ($339,454) $0 to Hamden ---------- Receivables
(b) Attributable $878,440 24% ($210,826) $0 CT Page 694-FFFFFF to Other ---------- Interlocals
 (c) Attributable 15.32 x $128,393 24% (4,721) $(4,721) to New = 19,669 x ---------- Haven
106. Legal Fees Charged to Hamden
 (a) General 15.32% $23,482 24% ($837) $0 ($22,757) ----------
 (b) Hamden $59,329 ($14,239) $0 ----------
 (c) Casillo $50 ($12) $(12) ----------
 (d) General 15.32% $1,316 24% ($316) $0 Labor ----------
 (e) Josephine $5,803 ($1,417) $(1,417) Langello ---------- CT Page 694-GGGGGG
 (f) CFE $24,929 ($5,883) $0 ----------
 (g) Davia $322 ($77) $(77) claim ----------
107. Portion of 15.32% $12,133 24% ($2,912) $0 Reimbursement ---------- to CONH ($108,062)
108. Accounting $44,230 24% ($10,615) $0 Expenses ----------
109. Replacement ($418,845) ($92,566) $0 ---------- Reserve $600,000 ($132,600) $0 Account ----------
 Total Hamden Claims Approved ($463,093) ----------
 WPCA'S CLAIMS
CT Page 694-HHHHHH
 % Hamden Claim Description Proration = Cost x Flow Rate = Amount ----------- --------- ---- --------- ------ 11. Capital $1,053,575 22.10%[1] $232,840 $0 Projects ---------- Funded From CDM Proceeds
 Total WPCA Claims Approved $0 ----------
 Amount Due WPCA (HAMDEN) $997,644 ==========
New Haven WPCA Interest Calculation
Amount Due Amount Due Fiscal WPCA from Including Year sheet for Average Years Interest Ending FYE X Interest X Interest Interest = WPCA June 30: indicated Rate Factor Due (Hamden) CT Page 694-IIIIII ---------------------------------------------------------------------------- 1984 0 7.38% 12.76 0 0 --------- ------- --------- 1985 44,154 7.38% 11.76 38,321 82,475 --------- ------- --------- 1986 14,962 7.38% 10.76 11,881 26,843 --------- ------- --------- 1987 370,220 7.38% 9.76 266,665 636,885 --------- ------- --------- 1988 266,606 7.38% 8.76 172,358 438,964 --------- ------- --------- 1989 316,707 7.38% 7.76 181,374 498,081 --------- ------- --------- 1990 605,638 7.38% 6.76 302,146 907,784 --------- ------- --------- 1991 799,891 7.38% 5.76 340,024 1,139,915 --------- ------- --------- 1992 423,370 7.38% 4.76 148,725 572,095 --------- ------- --------- 1993 1,200,036 7.38% 3.76 332,996 1,533,032 --------- ------- --------- 1994 362,586 7.38% 2.76 73,854 510,294 --------- ------- --------- 1995 523,280 7.38% 1.76 67,968 591,248 --------- ------- ---------
1996 997,644 7.38% 0.76 55,956 1,053,600 --------- ------- ---------
TOTAL INTEREST: 1,992,268 CT Page 694-JJJJJJ